## JEROME vs. SEYMOUR.

Where the assignee of a mortgage files a bill to foreclose, setting forth the mortgage and assignment, he may, upon the notice required by the 62d rule to the opposite party, have an order to prove the assignment as an exhibit at the hearing under the provisions of rule 56.

1841.
First Circuit.

Jerome
vs.
Seymour.

This was a bill of foreclosure filed by the assignee of the mortgage.

The mortgage and assignment to the complainant, was set forth in the ill.

February 2.

Complainant gave four days' notice under the provisions of rule 62, of a motion for an order to prove the assignment of the mortgage as an exhibit at the hearing under the provisions of rule 56.

E. C. SEAMAN, for complainant.

W. HALE, for defendant.

The court granted the order. (1.)

(1,) (See *Consequa* vs. *Fanning*, 2 *John. Ch. R.*, 481, where a like order was granted.